**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26CR000186 |
| | ) | |
| | ) | Judge David A. Ruiz |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | |
| | ) | |
| LARRY DROTLEFF, | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE PLEA DATE** |
| Defendant, | ) | |
| | ) | |

Now comes the Defendant Larry Drotleff by and through his Attorney, Kevin M. Cafferkey, and respectfully asks this Honorable Court to continue the April 28, 2026 Plea Hearing and reset the Plea Hearing for June 1, 2026 at 1:00PM.  Defense Counsel has a number of conflicting hearings on April 28, 2026.  The Government does not oppose this request and the June 1, 2026 hearing works for the Assistant United States Attorney's schedule.

Respectfully submitted,

/s/Kevin M. Cafferkey
Kevin M. Cafferkey, Esq. (0031470)
Attorney for Defendant, Larry Drotleff
55 Public Square
Suite 2100
Cleveland, Ohio  44113
(440) 221-4674; Fax (216) 696-1718
Email: kmcafferkey@hotmail.com

ERTIFICATE OF SERVICE

I hereby certify that on April 24, 2026 a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Kevin M. Cafferkey
Kevin M. Cafferkey, Esq. (0031470)
Attorney for Defendant, Larry Drotleff

2